Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

Elliott J. Joh, Bar No. 264927
EJoh@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., a minor by and through her guardian ad litem SATENIK VARDANYAN,<br><br>Plaintiff,<br><br>v.<br><br>COLORTONE, INC.,; AMAZON.COM, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 21-cv-05736-DMG (JEMx)<br><br>**JOINT STIPULATION TO REMAND**<br><br>[Removed from the Superior Court of the State of California for the County of Los Angeles, Case No. 21STCV16243]<br><br>Complaint Filed: April 29, 2021 |

Plaintiff M.B. by and through her guardian ad litem Satenik Vardanyan ("Plaintiff") and defendant Amazon.com, Inc. ("Amazon") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1.      On April 29, 2021, Plaintiff commenced this action in the Superior Court of California, County of Los Angeles, Case No. 21STCV16243 (the "Action"), against defendants Amazon and Colortone, Inc.

2.      On July 15, 2021, Amazon filed a Notice of Removal under 28 U.S.C. §§ 1332, 1441, and 1446 from State Court to the United States District Court for the Central District of California because there is complete diversity of citizenship between the parties and it is apparent on the face of the Complaint that Plaintiff's claims involve an amount in controversy in excess of $75,000, exclusive of interest and costs.

3.      Following Amazon's removal, Plaintiff informed Amazon that: (1) that the amount in controversy is below the $75,000 threshold amount for jurisdiction in the United States District Court for the Central District of California; and (2) that Plaintiff had reached a settlement with co-defendant Colortone, Inc., and intended to dismiss all claims against Amazon.

4.      Therefore, Plaintiff stipulates that, immediately following remand of this Action, she will stipulate to stay all claims against Amazon pending the State Court's approval of her settlement with Colortone.  After obtaining approval of her settlement with Colortone from the State Court, Plaintiff will dismiss her claims against Amazon with prejudice.  Plaintiff will not, under any circumstance, recover, request, or accept more than $75,000 in total, exclusive of interest and costs.

5.      The Parties also stipulate that this Stipulation is not admissible evidence unless Plaintiff attempts to seek in excess of $75,000 in damages exclusive of interest and costs.

6.      This Stipulation shall not be construed as an admission that Amazon improperly removed the Action to federal court because Amazon had a good faith belief that the amount in controversy exceeded $75,000 based on the allegations in the Complaint.

7.      The Parties hereby agree that because the amount in controversy in this matter does not exceed $75,000, subject matter jurisdiction under 28 U.S.C. § 1332 is lacking.  Thus, with the court's permission, the Action shall be remanded back to State Court, and Plaintiff will stay all claims against Amazon pending the State Court's approval of her settlement with Colortone.  Once her settlement with Colortone is approved by the State Court, Plaintiff shall dismiss all claims against Amazon with prejudice.

8.      The Parties shall bear their own attorneys' fees and costs with respect to removal and subsequent remand of the Action.

This Stipulation may be signed in counterparts and the Parties stipulate that an electronically signed copy may be deemed to be an original for purpose of filing with the Court.

**IT IS SO STIPULATED.**

DATED:  July 27, 2021          **BELORYAN & MANUKYAN LLP**


By: __/s/ Haik Beloryan_____
     Haik Beloryan, Bar No. 265667
     beloryanlaw@gmail.com

Attorney for Plaintiff
M.B., by and through her guardian ad litem
SATENIK VARDANYAN


DATED:  July 27, 2021          **PERKINS COIE LLP**


By: ___/s/ Elliott J. Joh_____
     Julie L. Hussey, Bar No. 237711
     Jhussey@perkinscoie.com
     Elliott J. Joh, Bar No. 264927
     Ejoh@perkinscoie.com

Attorneys for Defendant
AMAZON.COM, INC.

## <u>ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concur in the filing of this document.

Date:  July 27, 2021                                      By: */s/ Elliott J. Joh*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system and email, on July 27, 2021, as follows:

Haik Beloryan
BELORYAN & MANUKYAN LLP
4730 Woodman Ave., Suite 405
Sherman Oaks, CA 91423
Phone:  (818) 387-6428
Fax:  (818) 387-6893
beloryanlaw@gmail.com

Attorneys for Plaintiff
M.B., by and through her guardian
ad litem SATENIK VARDANYAN

/s/ Elliott J. Joh
Elliott J. Joh